# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: KESSLER v PAT ZHEN v QUAKER OATS           Docket No.: 25-2146, 25-2377

Lead Counsel of Record (name/firm) or Pro se Party (name): Bilal Amjad

Appearance for (party/designation): Bilal Amjad

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
      Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
      Party                                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Bilal Amjad
Firm:
Address: APDO 599-1250     Escazu SJ  10201       COSTA RICA
Telephone: +506-7007-1386                                Fax:
Email: bilal-al-allah@uscmail.org

## RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____
[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([ ]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ([ ]) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____
Type or Print Name:_____
        OR
Signature of pro se litigant: *[signature] Bilal Amjad*
Type or Print Name: Bilal Amjad
[✓] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

CM-30281-0103

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Kessler

v.

Zhen

**CERTIFICATE OF SERVICE***

Docket Number: 25-2377, 25-2146

I, Bilal Amjad, hereby certify under penalty of perjury that on October 14, 2025, I served a copy of ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

(list all documents)

by (select all applicable)**

___ Personal Delivery   X United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   X E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Pat Zhen | PO Box 366047 | San Juan | PR | 00936 |
| Benjamin Fleming, Esq | 390 Madison Avenue | New York | NY | 10017 |
| Jason P. Sultzer, Esq | 85 Civic Service Plaza | Poughkeepsie | NY | 12601 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

10/14/2025
Today's Date

[signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

CM-30281-0103



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

## USPS PRIORITY MAIL®

910970X1X1XPRI
Apartado 599-1250
Bilal Amjad
ESCAZU
COSTA RICA
NEW YORK, NY 10007

CLERK OF COURT
US COURT OF APPEALS FOR SECOND
CIRCUIT
40 Foley Sq
New York, NY 10007

USPS TRACKING # eVS



9205 5901 5266 1900 2272 0843 73